TERWILLIGER, Respondent, v. BROWNING, KING & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Frank W. Terwilliger against Browning, King & Co., a corporation. No opinion. Motion for leave to appeal to Court of Appeals (from 152 App. Div. 552, 137 N. Y. Supp. 572) granted, and question certified as follows: Does the complaint

state facts sufficient to constitute a cause of action?